■ DEBORAH M. BURR et al., Appellants, v LAWRENCE BELGE, JR., Doing Business as LARRY's LAWN SERVICE, Respondent. [631 NYS2d 263] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Denman, P. J., Pine, Callahan, Doerr and Balio, JJ.